| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | CHRISTINA MCCALL<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

**FILED**

Dec 07, 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USERNAMES TABITHA.MARKLE.3, LISA.SAMAYOA.56 AND USER ID NUMBER PROFILE.PHP?ID=100007064019266 THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC. | CASE NO. 2:20-sw-1112-AC<br><br>[PROPOSED] ORDER COMMANDING FACEBOOK INC. NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF SEARCH WARRANT<br><br>**UNDER SEAL** |

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding FACEBOOK INC., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the search warrant) of the existence of the attached search warrant for 180 days from the date of this Order.

The Court determines that there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the investigation or unduly delay a trial, including by: giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, or change patterns of behavior. *See* 18 U.S.C. § 2705(b).

//
//

APPLICATION FOR ORDER                                                                 1

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that FACEBOOK INC. shall not disclose the existence of the attached search warrant or this Order of the Court, to the listed subscriber or to any other person, for 180 days from the date of this Order, except that FACEBOOK INC. may disclose the attached search warrant to an attorney for FACEBOOK INC. for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Dated: December 7, 2020

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

APPLICATION FOR ORDER